**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 10-2141**

─────────

PRINCE NAPHAZI,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

─────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────

Submitted: May 18, 2011        Decided: June 14, 2011

─────────

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

─────────

Petition denied by unpublished per curiam opinion.

─────────

Alexander M. Chanthunya, Silver Spring, Maryland, for Petitioner. Tony West, Assistant Attorney General, Anthony P. Nicastro, Senior Litigation Counsel, Jeffery R. Leist, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Prince Naphazi, a native and citizen of Zimbabwe, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's denial of his applications for relief from removal.

Naphazi first challenges the determination that he failed to establish eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Naphazi fails to show that the evidence compels a contrary result. Having failed to qualify for asylum, Naphazi cannot meet the more stringent standard for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED